JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARCIA,<br><br>  Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>  Defendant. | Case No. 2:20-cv-10473 FLA (GJSx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [12]**<br><br>Judge: Fernando L. Aenlle-Rocha<br>Ctrm: 6B, 6th Fl.<br><br>Complaint Filed: November 16, 2020 |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorney's fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: January 11, 2021

_____
Hon. Fernando L. Aenlle-Rocha
United States District Judge

1